UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX MILLER, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>NAKED WINES PLC, a United Kingdom corporation; NAKEDWINES.COM, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No. 4:22-cv-03900-KAW<br><br>**ORDER AS MODIFIED (1) CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, (2) EXTENDING BRIEFING SCHEDULE, AND (3) STAYING THE INITIAL DISCOVERY PROTOCOLS UNDER GENERAL ORDER NO. 71**<br><br>Judge: Honorable Kandis A. Westmore<br><br>Date Action Filed: July 1, 2022<br>Trial Date: TBD |

    For good cause appearing, the Court hereby orders as follows:

    1.    The September 1, 2022 hearing on Defendants' motion to compel arbitration and stay proceedings is vacated and continued to October 6, 2022 at 1:30 p.m.

    2.    Mr. Miller's papers in response to Defendants' motion is due to be filed no later than August 12, 2022, and Defendants' reply in support of their motion is due to be filed no later than August 19, 2022.

3. The parties' obligations to comply with General Order No. 71 shall be stayed pending the Court's ruling on Defendants' motion. The parties shall have until 30 days after the Court's ruling on Defendants' motion to comply with these obligations and only to the extent the litigation of Mr. Miller's claims stays in this Court.

4. This order terminates Docket No. 16.

**IT IS SO ORDERED.**

Dated: August 5, 2022

_____
Hon. Kandis A. Westmore
United States Magistrate Judge