1  Mani Sheik (SBN 245487)
2  SHEIK LAW, INC.
   526 Third Street, Suite A
3  San Rafael, CA 94901
   Tel: (415) 205-8490
4  Fax: (415) 796-0875
   Email: mani@sheiklaw.us
5
6  Attorneys for Plaintiff Max Miller

7  UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Max Miller, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Naked Wines plc, a United Kingdom corporation; Nakedwines.com, Inc., a California corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 22-cv-03900-KAW<br><br>**Declaration of Max Miller in Support of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings**<br><br>Date: October 6, 2022<br><br>Time: 1:30 p.m.<br><br>Courtroom: Zoom/Teleconference<br><br>Complaint Filed: 7-1-22<br><br>Judge: Honorable Kandis A. Westmore<br><br>Trial Date: Not Yet Determined |

Miller Dec. iso Opposition to Motion to Compel Arbitration and Stay Proceedings

I, Max Miller, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief and, if called as a witness, I would and could competently testify to the following facts based on my personal knowledge:

1. I am the Plaintiff in this action. I am making this declaration in support of my Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings.

2. On Tuesday, March 1, 2022, Nick Devlin (the Chief Executive Officer of Defendant Nakedwines.com, Inc.) and Alicia Kennedy (its Chief Operating Officer ("COO")) called me in to a surprise meeting. Mr. Devlin told me he had decided to dismiss me. I asked Mr. Devlin when my last day of employment would be, as I would need to transition some work and projects to other members of my team to ensure they would be set up for success. Mr. Devlin said he was "open" to my thoughts on timing, though he did not want the transition to take too long. I said I could leave that day, in two weeks, or whenever Mr. Devlin thought was helpful and necessary. Mr. Devlin said that he thought that the end of the week (i.e., Friday, March 4) was an appropriate last day. Though I did not agree with the termination, I agreed that the end of that week (March 4) made sense for my last day. I continued to work through my last day of employment, March 4, including calling members of my team to transition projects and issues to them.

3. On March 3, 2022, I received a letter from Tessa Piretti, Defendant Nakedwines.com, Inc.'s People Manager, confirming that my employment would terminate effective March 4, and that I would be paid through March 4. Attached as **Exhibit 1** is a true and correct copy of that letter (without the enclosures), which Defendants produced before this litigation commenced.

4. On March 4, 2022, Mr. Devlin sent me an email following on our March 1 discussion and stating that my separation date would be that day, March 4. Attached as **Exhibit 2** is a true and correct copy of that email, which Defendants produced before this litigation commenced.

5. My employment was actually terminated on March 4, 2022.

6. Starting in January 2022, when Ms. Kennedy assumed her role as COO and

became my nominal supervisor, Ms. Kennedy made comments of a sexual nature about my physique, profile, and face. I did not solicit or welcome these comments and felt uncomfortable every time Ms. Kennedy made them. Ms. Kennedy did this both in front of my subordinates and when she was alone with me.

7. For example, in mid-January 2022, I attended a multi-day retreat for senior managers in a shared house near the Winter Park ski resort in Colorado. Ms. Kennedy was present at this retreat. At the retreat, Ms. Kennedy asked me nearly every night, if not every night, to get in the hot tub with her. Each time, I said no. I did not want to get in the hot tub and felt uncomfortable doing so with colleagues, especially my female boss. But Ms. Kennedy continued to insist that I get in the hot tub with her.

8. On January 21, the last evening of the retreat, Ms. Kennedy cornered me in the kitchen and again asked me to get in the hot tub with her. I tried to make excuses as to why I could not join her, like saying that I had no swimsuit. Ms. Kennedy nonetheless insisted, and went so far as to find a bathing suit for me to wear. I had to directly refuse Ms. Kennedy's advances, and walked away.

9. Ms. Kennedy also made repeated comments about my profile and face during the retreat.

10. Ms. Kennedy repeated these types of comments even after the retreat, at other meetings. For example, on February 28, 2022, during an in-person meeting in Denver, Ms. Kennedy interrupted a conversation I was having with a female colleague of ours to comment about my profile and face. After this incident, my colleague told me that she (the colleague) felt uncomfortable and thought Ms. Kennedy's comment was inappropriate and disrespectful.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed on August 12, 2022, in Denver, Colorado.

By: _____/s/ Max Miller_____
Max Miller

# EXHIBIT 1



Tessa Piretti <tessa.piretti@nakedwines.com>

# Separation Arrangements and Payments
1 message

**Nick Devlin** <nick.devlin@nakedwines.com>  Fri, Mar 4, 2022 at 10:15 AM
To: Max Miller ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Bcc: tessa.piretti@nakedwines.com

Hi Max,

Following on from our discussion, we are terminating your employment with Naked Wines (Nakedwines.com Inc) with a separation date of 4th March 2022.

Your final pay is all set up and will be processed on this day.

Tessa will contact you later, if she hasn't already, regarding items to be completed as per our leaver process. This includes all company property and IP is to be returned to our office
We are happy for you to either bring this into the Catalyst office or we can organise for this to be couriered from you, depending on which you would be most comfortable with. Either way please organise this with Tessa promptly so we are able to finalise the further lump sum separation payment (detailed below)

In addition to the final pay we will pay the lump sum of $206,000.04 which equates to 6 months salary (this will be subject to all applicable taxes etc) under the terms of your contract for termination without cause.

We have also included an additional $5,200 for COBRA in the separation agreement attached. I have included this even though we weren't actually able to find your registration with the Naked Wines run health insurance, to ensure (a) to ensure continued coverage as you make your arrangements and (b) as that was what I promised when we met on Tuesday).

Please review, sign and return so that we are able to process the full payment promptly for you.

Nick Devlin
CEO, nakedwines.com
+1 (707) 721-2943

---

 **20220303 NW Separation Agreement _MRM.pdf**
102K

# EXHIBIT 2



March 3, 2022

Max Miller

Re: End of Employment
Delivered: via email notification

Dear Max,

This letter confirms your end of employment with Nakewines.com effective March 4, 2022.

Your final paycheck has been processed for the total amount of $65,382.91 and will be delivered via direct deposit on March 4, 2022. This payment includes the following:

- 290.10 accrued/unused hours of PTO; $57,460.11
- Regular pay for the pay period from 2/26/22 through 3/4/22; $7,922.80
- Gym reimbursement for the pay period; $12.50

Note, totals above are represented in gross amounts and do not include deductions for customary taxes.

Enclosed you will find the following required notices provided for reference:

- After You Leave FAQ
- Insperity Contact Sheet

**Insurance Benefits**
You were not enrolled in medical, dental, or vision insurance under Naked Wines at the time of your separation. Your insurance benefits under the group term Life and AD&D insurance will remain in effect until March 4, 2022. Options for extending this benefit are available by porting your group term coverage to another group term policy or by converting the group life policy into an individual permanent policy. Applications for portability and conversion applications will be provided by mail.

**401k Benefits**
To have funds distributed from your plan, please contact Insperity directly at 1-866-715-3552 (opt.3) Monday through Friday between 7:00 am and 7:00 pm (CT) to initiate and process the withdrawal or transfer.

**LTIP/Shares**
If participating in LTIP and/or Free Shares, you will need to update your email address by going to https://nakedwines.schemetrack.net/Account/Logon. This will ensure that you can access the portal and receive correspondence following your separation from Naked Wines. Additional information regarding the status of your shares and any necessary next steps will be provided by Howells Associates. Assistance from Howells is also available by sending an email to: websupport@howells-associates.com or calling +44 (0)1423-812-800.

NWRECORDS00166

**Company Equipment**
According to Company policy, employees are required to return all company equipment upon termination. Please be sure to make arrangements with your manager or other trusted member of management to return property belonging to Naked Wines.

**Contact Information**
To ensure you receive your 2022 W2 for tax filing purposes, make sure your mailing address is current with us. You can update address changes online in Insperity (https://portal.insperity.com/) or by calling the Contact Center at 1-866-715-3552. All wage statements, including copies of your W2 may also be accessed via PRG.

**Filing for Unemployment**
When filing for unemployment, please list Insperity PEO Services as the last employer for unemployment purposes, using the following contact information:

19001 Crescent Springs Drive
Kingwood, TX 77339
Phone: 800-242-8893, ext. 4203

Should you have any questions, please feel free to contact me directly. We wish you all the best in your future endeavors.

Sincerely,

Tessa Piretti
***People Manager***
tessa.piretti@nakedwines.com

Cc Alicia Kennedy, personnel file
Attachments: After You Leave FAQ, Insperity Contact Sheet

**PROOF OF SERVICE**

I, Mani Sheik, certify that:

I am over the age of eighteen years and not a party to this action. I am employed in the County of Marin. My business address is 526 Third Street, Suite A, San Rafael, CA 94901. On August 12, 2022, I served the following document(s) in the following manner on the parties below, through their attorneys of record:

**Declaration of Max Miller in Support of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings**

[X]   **Electronic File and Serve**: by using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system..

Eric Tate, Esq.                                                     *Attorneys for Defendants*
Jinny Hwang, Esq.
Kwan Park, Esq.
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482

Date:  August 12, 2022

By:   /s/ Mani Sheik
          Mani Sheik

Proof of Service