1  Mani Sheik (SBN 245487)
   SHEIK LAW, INC.
2  526 Third Street, Suite A
   San Rafael, CA 94901
3  Tel:  (415) 205-8490
4  Fax: (415) 796-0875
   Email: mani@sheiklaw.us
5
6  Attorneys for Plaintiff Max Miller

7  **UNITED STATES DISTRICT COURT**
8  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Max Miller, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Naked Wines plc, a United Kingdom corporation; Nakedwines.com, Inc., a California corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  22-cv-03900-KAW<br><br>**Declaration of Mani Sheik in Support of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings**<br><br>Date: October 6, 2022<br><br>Time: 1:30 p.m.<br><br>Courtroom: Zoom/Teleconference<br><br>Complaint Filed:  7-1-22<br><br>Judge: Honorable Kandis A. Westmore<br><br>Trial Date: Not Yet Determined |

I, Mani Sheik, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief and, if called as a witness, I would and could competently testify to the following facts based on my personal knowledge:

1. I am an attorney duly licensed to practice law before all the courts of the State of California and in this District. I am the sole attorney for Plaintiff Max Miller ("Plaintiff") in this action. I am making this declaration in support of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings.

2. In his declaration in support of Defendants' motion, Defendants' counsel, Eric Tate, declares that he sent me a letter on July 1, 2022, "before Mr. Miller filed his Complaint," and that I "did not respond to this letter and instead filed Mr. Miller's Complaint." (ECF No. 9-2, ¶ 4) This is factually inaccurate.

3. I emailed Mr. Tate at 10:01 a.m. that day to ask if he would accept service on behalf of his clients. In the meantime, and while I waited for Mr. Tate's response, I filed the complaint and other case initiation documents.

4. The complaint was filed at 2:17 p.m. that day.

5. I received Mr. Tate's letter more than an hour after the complaint was filed, at 3:33 p.m.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed on August 12, 2022, in San Rafael, California.

By: _____/s/ Mani Sheik_____
     Mani Sheik

<u>**PROOF OF SERVICE**</u>

I, Mani Sheik, certify that:

I am over the age of eighteen years and not a party to this action. I am employed in the County of Marin. My business address is 526 Third Street, Suite A, San Rafael, CA 94901. On August 12, 2022, I served the following document(s) in the following manner on the parties below, through their attorneys of record:

**Declaration of Mani Sheik in Support of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings**

[X]   **Electronic File and Serve**: by using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system..

| | |
|---|---|
| Eric Tate, Esq.<br>Jinny Hwang, Esq.<br>Kwan Park, Esq.<br>Morrison & Foerster LLP<br>425 Market St.<br>San Francisco, CA 94105-2482 | *Attorneys for Defendants* |

Date: August 12, 2022

By: /s/ Mani Sheik
   Mani Sheik

Proof of Service