ERIC AKIRA TATE, CA SBN 178719
ETate@mofo.com
BYUNG-KWAN PARK, CA SBN 306719
BPark@mofo.com
JINNY S. HWANG, CA SBN 315115
JHwang@mofo.com
SAMUEL A. ISON, CA SBN 339688
SIson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

Attorneys for Defendants
NAKED WINES PLC and
NAKEDWINES.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX MILLER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NAKED WINES PLC, a United Kingdom corporation; NAKEDWINES.COM, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:22-cv-03900-KAW<br><br>**STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND TO RELATED DEADLINES; AND ORDER**<br><br>Judge: Honorable Kandis A. Westmore<br><br>Date Action Filed: July 1, 2022<br>Trial Date: TBD |

　　　This Stipulation is entered into by and between plaintiff Max Miller ("Mr. Miller") and defendants Nakedwines.com, Inc. ("Nakedwines.com") and Naked Wines plc (collectively, "Defendants"), by and through their counsel of record, with reference to the facts set forth below.

Pursuant to Civil Local Rule 6-2, this Stipulation is supported by the declaration of Byung-Kwan Park, Defendants' counsel.

  A. Mr. Miller, the former President of Nakedwines.com, filed this action against Defendants on July 1, 2022, asserting eight causes of action for wrongful termination, retaliation, and other employment law claims in connection with his former employment at Nakedwines.com.

  B. On July 1, 2022, the Court scheduled the Initial Case Management Conference and set ADR deadlines. (Doc No. 7 (the "Order").) The Court ordered that the parties meet and confer and file ADR Certifications by September 13, 2022, file a Joint Case Management Statement and Rule 26(f) Report by September 27, 2022, and set the Initial Case Management Conference for October 4, 2022 at 1:30 p.m.

  C. On July 22, 2022, Defendants filed a motion to compel arbitration and stay proceedings (the "Motion"), requesting that Mr. Miller's claims be compelled to arbitration pursuant to his arbitration agreement. The hearing on the Motion was noticed for September 1, 2022.

  D. On August 5, 2022, the Court continued the hearing date for Defendants' Motion from September 1, 2022 to October 6, 2022, two days after the current Initial Case Management Conference. The Court also stayed the parties' initial discovery obligations under General Order No. 71, pending the Court's ruling on Defendants' Motion.

  E. As the deadlines set by the Order would become moot should the Court grant the Motion and given the stay on the parties' initial discovery obligations under General Order No. 71, the parties met and conferred and have agreed in the interests of judicial economy to request a continuance of the Initial Case Management Conference and a stay of related deadlines set forth in the Order.

  F. The parties do not anticipate that the time modifications requested herein will materially affect this action's schedule.

  **NOW, THEREFORE,** the parties hereby stipulate, through their respective counsel, as follows, subject to Court approval:

1. The September 13, 2022 deadline for the parties to meet and confer and file ADR Certifications shall be extended to October 13, 2022, or 14 days before the rescheduled Initial Case Management Conference, whichever is later;

2. The September 27, 2022 deadline for the parties to file a Joint Case Management Statement and Rule 26(f) report shall be extended to October 18, 2022, or seven days before the rescheduled Initial Case Management Conference, whichever is later;

3. The Initial Case Management Conference currently scheduled for October 4, 2022, shall be continued to October 25, 2022 at 1:30 p.m., or as soon thereafter as is convenient for the Court.

Dated: September 14, 2022                MORRISON & FOERSTER LLP

                                         By: /s Byung-Kwan Park
                                             Byung-Kwan Park

                                         Attorney for Defendants
                                         NAKED WINES PLC and
                                         NAKEDWINES.COM, INC.

Dated: September 14, 2022                SHEIK LAW, INC.

                                         By: /s Mani Sheik
                                             Mani Sheik

                                         Attorney for Plaintiff
                                         MAX MILLER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 28, 2022                _____
                                         Hon. Kandis A. Westmore
                                         United States Magistrate Judge