ERIC AKIRA TATE, CA SBN 178719
ETate@mofo.com
BYUNG-KWAN PARK, CA SBN 306719
BPark@mofo.com
JINNY S. HWANG, CA SBN 315115
JHwang@mofo.com
SAMUEL A. ISON, CA SBN 339688
SIson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendants
NAKED WINES PLC and
NAKEDWINES.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAX MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAKED WINES PLC, a United Kingdom corporation; NAKEDWINES.COM, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:22-cv-03900-KAW<br><br>**STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND TO RELATED DEADLINES; AND ORDER AS MODIFIED**<br><br>Judge: Honorable Kandis A. Westmore<br><br>Date Action Filed: July 1, 2022<br>Trial Date: TBD |

This Stipulation is entered into by and between plaintiff Max Miller ("Mr. Miller") and defendants Nakedwines.com, Inc. ("Nakedwines.com") and Naked Wines plc (collectively, "Defendants"), by and through their counsel of record, with reference to the facts set forth below.

Pursuant to Civil Local Rule 6-2, this Stipulation is supported by the declaration of Byung-Kwan Park, Defendants' counsel.

A.  Mr. Miller, the former President of Nakedwines.com, filed this action against Defendants on July 1, 2022, asserting eight causes of action for wrongful termination, retaliation, and other employment law claims in connection with his former employment at Nakedwines.com.

B.  On July 1, 2022, the Court scheduled the Initial Case Management Conference and set ADR deadlines. The Court ordered that the parties meet and confer and file ADR Certifications by September 13, 2022, file a Joint Case Management Statement and Rule 26(f) Report by September 27, 2022, and set the Initial Case Management Conference for October 4, 2022 at 1:30 p.m.

C.  On July 22, 2022, Defendants filed a motion to compel arbitration and stay proceedings (the "Motion"), requesting that Mr. Miller's claims be compelled to arbitration pursuant to his arbitration agreement. The hearing on the Motion was noticed for September 1, 2022.

D.  On August 5, 2022, the Court continued the hearing date for Defendants' Motion from September 1, 2022 to October 6, 2022, two days after the Initial Case Management Conference. The Court also stayed the parties' initial discovery obligations under General Order No. 71, pending the Court's ruling on Defendants' Motion.

E.  On September 28, 2022, the Court approved a stipulation by the parties, extending the deadlines for the parties to meet and confer and file ADR Certifications from September 13, 2022 to October 13, 2022 and to file a Joint Case Management Statement and Rule 26(f) Report from September 27, 2022 to October 18, 2022. The Court also rescheduled the Initial Case Management Conference to October 25, 2022. (Doc. No. 23 (the "Order").)

F.  On October 4, 2022, the Court vacated the October 6, 2022 hearing on Defendants' Motion and notified the parties that the Court would issue a written order.

G.  On October 13, 2022, the parties filed their ADR certifications. (Doc. Nos. 25-27.)

H.  As the deadlines set by the Order would become moot should the Court grant the Motion and given the stay on the parties' initial discovery obligations under General Order No.

71, the parties met and conferred and have agreed in the interests of judicial economy to request a continuance of the Initial Case Management Conference and a stay of related deadlines set forth in the Order.

   I.   The parties do not anticipate that the time modifications requested herein will materially affect this action's schedule.

   **NOW, THEREFORE,** the parties hereby stipulate, through their respective counsel, as follows, subject to Court approval:

   1.   The October 18, 2022 deadline for the parties to file their Joint Case Management Statement and Rule 26(f) report shall be extended to October 25, 2022, or seven days before the rescheduled Initial Case Management Conference, whichever is later;

   2.   The Initial Case Management Conference currently scheduled for October 25, 2022, shall be continued to November 1, 2022 at 1:30 p.m., or as soon thereafter as is convenient for the Court.

Dated: October 18, 2022				MORRISON & FOERSTER LLP

						By: /s Byung-Kwan Park
						      Byung-Kwan Park

						Attorney for Defendants
						NAKED WINES PLC and
						NAKEDWINES.COM, INC.

Dated: October 18, 2022				SHEIK LAW, INC.

						By: /s Mani Sheik
						      Mani Sheik

						Attorney for Plaintiff
						MAX MILLER

STIPULATION AND ORDER AS MODIFIED
CASE NO. 4:22-CV-03900-KAW
SF:4954525

3

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.**
2        Initial case management conference is continued to December 6, 2022 at 1:30pm.

4   Dated: October 19, 2022

_____
Hon. Kandis A. Westmore
United States Magistrate Judge