Mani Sheik (SBN 245487)
Kimya Liaghat (SBN 328730)
SHEIK LAW, INC.
526 Third Street, Suite A
San Rafael, CA 94901
Tel: (415) 205-8490
mani@sheiklaw.us
kimya@sheiklaw.us

Attorneys for Plaintiff Max Miller

ERIC AKIRA TATE, CA SBN 178719
ETate@mofo.com
BYUNG-KWAN PARK, CA SBN 306719
BPark@mofo.com
JINNY S. HWANG, CA SBN 315115
JHwang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

Attorneys for Defendants
NAKEDWINES.COM, INC. and
NAKED WINES PLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAX MILLER, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>NAKED WINES PLC, a United Kingdom corporation; NAKEDWINES.COM, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 4:22-cv-03900-KAW<br><br>**JOINT STATUS REPORT REGARDING ARBITRATION**<br><br>Judge: Honorable Kandis A. Westmore<br><br>Date Action Filed: July 1, 2022<br>Trial Date: TBD |

Pursuant to the Court's October 24, 2022 Order Granting Motion to Compel Arbitration, Dkt. No. 30, the parties submit this joint status report regarding their arbitration of this matter.

Plaintiff Max Miller submitted his demand for arbitration with JAMS on November 10, 2022. On January 10, 2023, JAMS confirmed the appointment of the Honorable Elizabeth D. Laporte (Ret.) as the arbitrator. Judge Laporte held a preliminary hearing on March 20, 2023. On April 21, 2023, the parties submitted a stipulated proposed case scheduling order. The arbitration otherwise is in progress.

Dated: April 24, 2023                                MORRISON & FOERSTER LLP

                                                     By: */s/ Byung-Kwan Park*
                                                         Byung-Kwan Park

                                                     Attorney for Defendants
                                                     NAKEDWINES.COM, INC. and
                                                     NAKED WINES PLC.

Dated: April 24, 2023                                SHEIK LAW, INC.

                                                     By: */s/ Mani Sheik*
                                                         Mani Sheik

                                                     Attorney for Plaintiff
                                                     MAX MILLER

## **ECF ATTESTATION**

I, Byung-Kwan Park, am the ECF User whose ID and password are being used to file this Joint Status Report Regarding Arbitration. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Mani Sheik concurs in this filing.

Dated: April 24, 2023

MORRISON & FOERSTER LLP

By: */s/ Byung-Kwan Park*
    Byung-Kwan Park

Attorney for Defendants
NAKEDWINES.COM, INC. and
NAKED WINES PLC.