MANI SHEIK (SBN 245487)
mani@sheiklaw.us
KIMYA LIAGHAT (SBN 328730)
kimya@sheiklaw.us
SHEIK LAW, INC.
526 Third Street, Suite A
San Rafael, California 94901
Telephone: 415.205.8490

Attorneys for Plaintiff
MAX MILLER


ERIC AKIRA TATE (SBN 178719)
ETate@mofo.com
BYUNG-KWAN PARK (SBN 306719)
BPark@mofo.com
JINNY S. HWANG (SBN 315115)
JHwang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
NAKEDWINES.COM, INC. and
NAKED WINES PLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAX MILLER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NAKED WINES PLC, a United Kingdom corporation; NAKEDWINES.COM, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 4:22-cv-03900-KAW<br><br>**JOINT STATUS REPORT REGARDING ARBITRATION**<br><br>Judge: Honorable Kandis A. Westmore<br><br>Date Action Filed: July 1, 2022<br>Trial Date: TBD |

The parties submit this joint status report regarding their arbitration of this matter. On October 11, 2023, the parties agreed to resolve the matter with no admission of liability or wrongdoing by anyone involved. The parties are finalizing the terms of their long-form agreement.

Dated: November 2, 2023                    MORRISON & FOERSTER LLP

By: */s/ Byung-Kwan Park*
     Byung-Kwan Park

Attorney for Defendants
NAKEDWINES.COM, INC. and
NAKED WINES PLC.

Dated: November 2, 2023                    SHEIK LAW, INC.

By: */s/ Mani Sheik*
     Mani Sheik

Attorney for Plaintiff
MAX MILLER

**ECF ATTESTATION**

I, Byung-Kwan Park, am the ECF User whose ID and password are being used to file this Joint Status Report Regarding Arbitration.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Mani Sheik concurs in this filing.

Dated: November 2, 2023

MORRISON & FOERSTER LLP

By: */s/ Byung-Kwan Park*
Byung-Kwan Park

Attorney for Defendants
NAKEDWINES.COM, INC. and
NAKED WINES PLC.