United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAX MILLER,

          Plaintiff,

   v.

NAKEDWINES.COM, et al.,

          Defendants.

Case No.  4:22-cv-03900-KAW

**ORDER TO FILE DISMISSAL WITHIN 90 DAYS**

Re: Dkt. No. 33

On November 2, 2023, the parties filed a joint status report regarding arbitration. (Dkt. No. 33.)  Therein, they informed the Court that they had settled and were finalizing the terms of their long-form agreement.

Accordingly, Plaintiff shall file a dismissal within 90 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: November 3, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge